IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAY FLORENCE,

    Plaintiff,                      No. CIV S-08-1287 CAS

vs.

D. HELLWIG, ET AL.

    Defendants.               <u>ORDER</u>

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an application to proceed in forma pauperis. The Court has considered plaintiff's application and it is hereby DENIED. The Court concludes that the proposed application is frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B)(i).

      Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). By separate order, the Court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C.

§ 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that, within **twenty (20) days** from the date of this order, plaintiff shall submit the appropriate filing fee.  Plaintiff is cautioned that failure to pay the fee may result in dismissal of the instant action without prejudice.

DATED: July 24, 2012

_____
Christina A. Snyder
UNITED STATES DISTRICT JUDGE