JS - 6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FLORENCE

    Plaintiff,                          No. CIV S-08-1287 CAS

vs.

D. HELLWIG, ET AL.

    Defendants.                  <u>ORDER</u>

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a request to proceed in forma pauperis, and by order dated July 25, 2012, the Court considered plaintiff's application, and found that it should be denied. Dkt. #10. Accordingly, the Court ordered plaintiff to pay the $350.00 filing fee within twenty (20) days of its July 25, 2012 order, and notified plaintiff that failure to pay the filing fee could result in dismissal of this action without prejudice.

      The Court's July 25, 2012 order was sent to plaintiff by mail, but returned to the Court on August 6, 2012 as undeliverable. Additionally, as of the date of this order, plaintiff has not paid the required filing fee. Therefore, due to plaintiff's failure to keep the Court apprised of his

//

//

1 mailing address, and because the required filing fee has not been paid, the Court hereby
2 DISMISSES this action without prejudice.

4 IT IS SO ORDERED

5 DATED: April 29, 2013

*[signature: Christina A. Snyder]*
Christina A. Snyder
UNITED STATES DISTRICT JUDGE